IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-894-FL

| | |
|---|---|
| LORI FAUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CONSENT ORDER** |
| CAROLYN COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Treasury Judgment Fund should pay the sum of $400.00 in costs, in full and final settlement of all claims due against the Social Security Administration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Treasury Judgment Fund pay to Plaintiff's counsel the sum of $400.00 and upon the delivery of such sum to Plaintiff's counsel, this case is dismissed with prejudice.

This 9th day of April, 2015.

*Louise W. Flanagan*
United States District Judge

CONSENTED TO:

/s/CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com

/s/GABRIEL DEADWYLER
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of General Counsel
Room 635, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (410) 965-8775
Fax: (410) 597-0527
Email: Gabriel.deadwyler@ssa.gov
Penn. Bar. No. 205795
NJ Bar No. 028252007